IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00973-WYD-MJW

MATTHEW CHIPMAN,

    Plaintiff,

v.

CREDIT MANAGEMENT, LP,

    Defendant.

## ORDER OF DISMISSAL

    In accordance with the Notice of Voluntary Dismissal filed June 25, 2010, it is

    ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Dated: June 28, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge